IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA AARON HEATH,

    Plaintiff,

v.                                                                                      Civ. No. 19-117 KG/GBW

STATE OF NEW MEXICO, *et al.*,

    Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff has submitted a civil rights complaint. *Doc. 1*. Plaintiff also submitted a state court form Application for Free Process and Affidavit of Indigency (*doc. 2*), which does not comply with the *in forma pauperis* requirements of 28 U.S.C. § 1915. The Court determines that Plaintiff's submission is deficient because Plaintiff has not paid the $400.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs in proper federal form. Plaintiff must cure this deficiency within thirty (30) days from entry of this Order by *either* paying the full $400.00 civil filing fee *or* submitting an Application to Proceed in District Court Without Prepaying Fees or Costs in proper form, including a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

IT IS ORDERED that within thirty (30) days of entry of this Order, Plaintiff *either* pay the full $400.00 civil filing fee *or* submit an Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing; and the Clerk is directed to mail to Plaintiff a copy of this order and 2 copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE