IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA AARON HEATH,

    Plaintiff,

v.                                                       Civ. No. 19-117 KG/GBW

STATE OF NEW MEXICO, *et al.*,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. The record reflects that certain mailings to Plaintiff Joshua Aaron Heath were returned as undelivered. *See docs. 4, 5, 6.* The returned mail indicates that Plaintiff Heath has been released from the custody of the New Mexico Department of Corrections and the Court's research confirms that Plaintiff Heath is no longer in custody. It appears that Plaintiff has been released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. . . The same is true of simple, nonburdensome local rules . . . ." (citation omitted)). Failure to comply with this Order may result in dismissal without further notice.

IT IS THEREFORE ORDERED that, within twenty-one (21) days from entry of this Order, Plaintiff shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE