IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSHUA AARON HEATH,

    Plaintiff,

vs.                                                    No. CV 19-00117 KG/GBW

STATE OF NEW MEXICO,
THIRD DISTRICT COURT,

    Defendants.

## JUDGMENT

THIS MATTER is before the Court under Fed. R. Civ. P. 41(b) on the Complaint (Tort) filed by Plaintiff Joshua Aaron Heath (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the Complaint (Tort) filed by Plaintiff Joshua Aaron Heath (Doc. 1) is DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE